No. 946. WILLIAM A. BROWN & COMPANY ET AL. *v.*
UNITED STATES. April 28, 1924. Petition for a writ of
certiorari to the United States Court of Customs Appeals
denied. *Mr. B. A. Levett* and *Mr. Allan R. Brown* for
petitioners. *Mr. Solicitor General Beck* and *Mr. Assistant
Attorney General Hoppin* for the United States.

No. 949. NANCY ROBERTS ET AL. *v.* ATLANTIC OIL
PRODUCING COMPANY. April 28, 1924. Petition for a
writ of certiorari to the Circuit Court of Appeals for the
Sixth Circuit denied. *Mr. Harvey Riddell* for petitioners.
No appearance for respondent.

No. 950. NEW YORK CENTRAL RAILROAD COMPANY *v.*
JOSEPH C. DUNBAR. April 28, 1924. Petition for a writ
of certiorari to the Circuit Court of Appeals for the
Second Circuit denied. *Mr. Charles C. Paulding* for peti-
tioner. *Mr. John B. Rogers* for respondent.

No. 955. ALFRED EMERSON ET AL. *v.* RADIO CORPORA-
TION OF AMERICA ET AL. April 28, 1924. Petition for a
writ of certiorari to the Circuit Court of Appeals for the
Second Circuit denied. *Mr. Samuel H. Wandell* for peti-
tioners. *Mr. L. F. H. Betts* for respondents.

No. 957. LOUISVILLE & NASHVILLE RAILROAD COMPANY
*v.* ROBERT E. MORRILL, SR. April 28, 1924. Petition for a
writ of certiorari to the Supreme Court of the State of
Alabama denied. *Mr. C. P. McIntyre, Mr. E. Perry
Thomas* and *Mr. George W. Jones* for petitioner. *Mr.
William M. Williams* for respondent.